Teresa M. Shill, OSB #031680
E-Mail: tshill@rcolegal.com
Routh Crabtree Olsen, P.C.
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, Oregon 97035
Phone: (503) 977-7926
Fax: (503) 977-7963
Attorney for Defendants Northwest Trustee Services, Inc.,
and Routh Crabtree Olsen, P.C.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| B. CAROL GLOVER,<br><br>               Plaintiff,<br><br>  v.<br><br>WACHOVIA EQUITY SERVICING LLC;<br>NORTHWEST TRUSTEE SERVICES, INC.;<br>WELLS FARGO HOME MORTGAGE; and<br>ROUTH CRABTREE OLSEN, P.C.,<br><br>               Defendants. | Case No. 11-210 HU<br><br>**EXHIBIT LIST**<br><br>IN SUPPORT OF NORTHWEST<br>TRUSTEE SERVICES, INC. AND<br>ROUTH CRABTREE OLSEN, P.C.'s<br>MOTION TO DISMISS<br>PLAINTIFF'S COMPLAINT |

  Attached hereto are the following Exhibits in support of the Declaration of Teresa M. Shill, Attorney for defendant Routh Crabtree Olsen, P.C. and the Motions of Defendants Northwest Trustee Services, Inc, and Routh Crabtree Olsen, P.C.'s Motion to Dismiss Plaintiff's Complaint.

Page 1 – DEFENDANTS' NORTHWEST TRUSTEE SERVICES, INC AND ROUTH CRABTREE OLSEN P.C. EXHIBIT LIST

| Exhibit Letter | Document Title |
|---|---|
| A | Deed of Trust |
| B | Assignment of Deed of Trust |
| C | *Glover v. Bank of New York*, 208 Or.App. 545, 147 P.3d 336 (2006) |
| D | Complaint B. Carol Glover v. The Bank of New York et al. |
| E | OJIN Docket Case No. CV030173 |
| F | General Judgment Case No. CV030173 |
| G | Notice of Default and Election to Sell |
| H | U.S. Bankruptcy Court Docket Case. No. 08-33163-tmb13 |
| I | Amended Petition to Set Aside Foreclosure Case No. CV080288 |
| J | OJIN Docket Case No. CV080288 |
| K | U.S. Bankruptcy Court Docket Case. No. 08-35558-elp13 |
| L | Trustee's Deed |
| M | U.S. Bankruptcy Court Docket Case. No. 09-30250-tmb3 |
| N | OJIN Docket Case No. CV090078 |
| O | Order Granting Plaintiff's Summary Judgment Case No. CV090078 |
| P | Transcript of Hearing for Summary Judgment Case No. CV090078 |
| Q | U.S. Bankruptcy Court Docket Case. No. 10-33473-rld13 |
| R | Transcript of Proceedings Case No. 10-33473-rld13 |

Page 2 – DEFENDANTS' NORTHWEST TRUSTEE SERVICES, INC AND ROUTH CRABTREE OLSEN P.C. EXHIBIT LIST

DATED this 28th day of March, 2011.

                                               **ROUTH CRABTREE OLSEN, P.C.**

                                               /s/ Teresa M. Shill
Teresa M. Shill, OSB # 031680
Attorneys for Defendants Northwest Trustee Services, Inc. and Routh Crabtree Olsen P.C.
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, OR 97035-1249
Phone (503) 977-7926
Fax (503) 977-7963
tshill@rcolegal.com

Page 3 – DEFENDANTS' NORTHWEST TRUSTEE SERVICES, INC AND ROUTH CRABTREE OLSEN P.C. EXHIBIT LIST

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Exhibit List In Support of Northwest Trustee Services, Inc. and Routh Crabtree Olsen, P.C.'s Motion to Dismiss Plaintiff's Complaint upon the following parties on this 28th day of March, 2011.

**VIA FIRST CLASS MAIL**
B. Carol Glover
26736 NW Williams Canyon Road
Gaston, OR 97119
    Plaintiff pro se

**VIA ECF SYSTEM**
John M. Thomas
Routh Crabtree Olsen, P.C.
11830 SW Kerr Parkway, Ste. 395
Lake Oswego, Oregon 97035
    Attorneys for Defendants Wachovia Equity Servicing LLC
    and Wells Fargo Home Mortgage

                    **ROUTH CRABTREE OLSEN, P.C.**

                  By   /s/ Teresa M. Shill
                       Teresa M. Shill, OSB #031680
                       Attorneys for Defendants Northwest Trustee Services, Inc., and Routh Crabtree Olsen, P.C.
                       11830 SW Kerr Parkway, Ste. 385
                       Lake Oswego, Oregon 97035
                       Phone: (503) 977-7926
                       Fax: (503) 977-7963