Teresa M. Shill, OSB #031680
E-Mail: tshill@rcolegal.com
Routh Crabtree Olsen, P.C.
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, Oregon 97035
Phone: (503) 977-7926
Fax: (503) 977-7963
Attorney for Defendants Northwest Trustee Services, Inc.,
and Routh Crabtree Olsen, P.C.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| B. CAROL GLOVER, | Case No. 11-cv-00210-HU |
| Plaintiff, | **DECLARATION OF TERESA M. SHILL IN SUPPORT OF NORTHWEST TRUSTEE SERVICES, INC., AND ROUTH CRABTREE OLSEN, P.C.'S REQUEST FOR JUDICIAL NOTICE** |
| v. | |
| WACHOVIA EQUITY SERVICING LLC; NORTHWEST TRUSTEE SERVICES, INC.; WELLS FARGO HOME MORTGAGE; and ROUTH CRABTREE OLSEN, P.C., | |
| Defendants. | |

I, Teresa M. Shill, declare as follows:

1.

I am an attorney at Routh Crabtree Olsen, P.C. ("RCO") and attorney of record for RCO and Northwest Trustee Services, Inc. ("NWTS"), I am competent to make this declaration based on my personal knowledge. I make this declaration in Support of the RCO and NWTS's Request

Page 1 – DECLARATION IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE

for Judicial Notice.

2.

Attached to the Exhibit List filed in support of RCO and NWTS' Motion to Dismiss Plaintiff's Complaint are Exhibits A through R.  Those documents consist of documents recorded in the real property records of Yamhill County, and/or are public records and pleading filed within or issued by the United States Bankruptcy Court District of Oregon, the Yamhill County Circuit, Oregon Court of Appeals, and the Oregon Supreme Court, and can be located therein by the general public.

Dated this 28th Day of March 2011.

**ROUTH CRABTREE OLSEN, P.C.**

By   /s/ Teresa M. Shill
Teresa M. Shill, OSB #031680
Attorneys for Northwest Trustee Services, Inc., and Routh Crabtree Olsen, P.C.
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, Oregon 97035
Phone: (503) 977-7926
Fax: (503) 977-7963

Page 2 – DECLARATION IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the State of Oregon that I served the foregoing Declaration of Teresa M. Shill in Support of Northwest Trustee Services, Inc. and Routh Crabtree Olsen, P.C.'s Request For Judicial Notice to the parties listed below on this 28th day of March, 2011.

**VIA FIRST CLASS MAIL**
B. Carol Glover
26736 NW Williams Canyon Road
Gaston, OR 97119
    Plaintiff pro se


**VIA ECF SYSTEM**
John M. Thomas
Routh Crabtree Olsen, P.C.
11830 SW Kerr Parkway, Ste. 395
Lake Oswego, Oregon 97035
    Attorneys for Defendants Wachovia Equity Servicing LLC
    and Wells Fargo Home Mortgage

                                            **ROUTH CRABTREE OLSEN, P.C.**

                                By   /s/ Teresa M. Shill
                                    Teresa M. Shill, OSB #031680
                                    Attorneys for Defendants Northwest
                                    Trustee Services, Inc., and Routh
                                    Crabtree Olsen, P.C.
                                    11830 SW Kerr Parkway, Ste. 385
                                    Lake Oswego, Oregon 97035
                                    Phone: (503) 977-7926
                                    Fax: (503) 977-7963