John M. Thomas, OSB #024691
E-Mail: jthomas@rcolegal.com
Routh Crabtree Olsen, P.C.
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, Oregon 97035
Phone: (503) 517-7180
Fax: (425) 457-7369
    Attorney for Defendants Wachovia and Wells Fargo

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| B. CAROL GLOVER, | |
| Plaintiff, | No. 3:11-cv-00210-HU |
| v. | |
| WACHOVIA EQUITY SERVICING LLC; NORTHWEST TRUSTEE SERVICES, INC.; WELLS FARGO HOME MORTGAGE; and ROUTH CRABTEE OLSEN, P.C., | DEFENDANTS WACHOVIA EQUITY SERVICING LLC'S and WELLS FARGO HOME MORTGAGE'S MOTION TO DISMISS |
| | FRCP 12 |
| Defendants. | ORAL ARGUMENT REQUESTED |

### I. LR 7-1 CERTIFICATION

Pursuant to L.R. 7.1(a)(1)(A), counsel for defendants Wachovia Equity Servicing LLC ("Wachovia") and Wells Fargo Home Mortgage ("Wells Fargo") has conferred with plaintiff via telephone prior to filing this motion to dismiss; however, the parties were unable to resolve the issues.

### II. MOTION

Pursuant to Fed. R. Civ. P. 12(b)(6), 12(b)(1), and Fed. R. Civ. P. 8, Defendants

Page 1 – MOTION TO DISMISS

Wachovia and Wells Fargo, move the Court for an order dismissing Plaintiff's Complaint based on Plaintiff's failure to state a claim, the doctrine of claim preclusion, lack of a justiciable controversy, and mootness. Defendants Wachovia and Wells Fargo request oral argument.

This motion is supported by the accompanying Memorandum of Law, Request for Judicial Notice, and Declaration of John Thomas concurrently being filed.

DATED this 15th day of April, 2011.

**ROUTH CRABTREE OLSEN, P.C.**

By   /s/ John M. Thomas
John M. Thomas, OSB #024691
Attorneys for Defendants Wachovia
and Wells Fargo
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, Oregon 97035
Phone: (503) 517-7180
Fax: (425) 457-7369

**CERTIFICATION OF SERVICE**

I hereby certify that I served the foregoing Defendants Wachovia Equity Servicing LLC's and Wells Fargo Home Mortgage's Motion To Dismiss to the parties listed below on this 15th day of April, 2011.

**VIA FIRST CLASS MAIL**
B. Carol Glover
26736 NW Williams Canyon Road
Gaston, OR 97119
    Plaintiff pro se

**VIA ECF**
Teresa M. Shill
Routh Crabtree Olsen, P.C.
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, Oregon 97035
    Attorney for Northwest Trustee Services, Inc.
    and Routh Crabtree Olsen, P.C.

Dated: April 15, 2011.

        **ROUTH CRABTREE OLSEN, P.C.**

        By   /s/ John M. Thomas
        John M. Thomas, OSB #024691
        Attorneys for Defendants Wachovia and
        Wells Fargo
        11830 SW Kerr Parkway, Ste. 385
        Lake Oswego, Oregon 97035
        Phone: (503) 517-7180
        Fax: (425) 457-7369