John M. Thomas, OSB #024691
E-Mail: jthomas@rcolegal.com
Routh Crabtree Olsen, P.C.
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, Oregon 97035
Phone: (503) 517-7180
Fax: (425) 457-7369
    Attorney for Defendants Wachovia and Wells Fargo

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| B. CAROL GLOVER, | |
| Plaintiff, | No. 3:11-cv-00210-HU |
| v. | |
| WACHOVIA EQUITY SERVICING LLC; NORTHWEST TRUSTEE SERVICES, INC.; WELLS FARGO HOME MORTGAGE; and ROUTH CRABTEE OLSEN, P.C., | DEFENDANTS WACHOVIA EQUITY SERVICING LLC'S and WELLS FARGO HOME MORTGAGE'S REQUEST FOR JUDICIAL NOTICE |
| Defendants. | |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Defendants Wachovia Equity Servicing LLC ("Wachovia") and Wells Fargo Home Mortgage ("Wells Fargo"), hereby request that the Court take judicial notice of the following documents consisting or documents recorded in the real property records of Yamhill County, and/or are public records and pleading filed within or issued by the United States Bankruptcy Court District of Oregon, the Yamhill County Circuit, Oregon

Page 1 – DEFENDANTS WACHOVIA'S & WELLS FARGO'S REQUEST FOR JUDICIAL NOTICE

Court of Appeals, and the Oregon Supreme Court, in support of Defendants' Motion to Dismiss Plaintiff's Complaint:

    Ex. A - Deed of Trust

    Ex. B - Assignment of Deed of Trust

    Ex. C - *Glover v. Bank of New York*, 208 Or.App. 545, 147 P.3d 336 (2006)

    Ex. D - Complaint B. Carol Glover v. The Bank of New York et al.

    Ex. E - OJIN Docket Case No. CV030173

    Ex. F - General Judgment Case No. CV030173

    Ex. G - Notice of Default and Election to Sell

    Ex. H - U.S. Bankruptcy Court Docket Case. No. 08-33163-tmb13

    Ex. I - Amended Petition to Set Aside Foreclosure Case No. CV080288

    Ex. J - OJIN Docket Case No. CV080288

    Ex. K - U.S. Bankruptcy Court Docket Case. No. 08-35558-elp13

    Ex. L - Trustee's Deed

    Ex. M - U.S. Bankruptcy Court Docket Case. No. 09-30250-tmb3

    Ex. N - OJIN Docket Case No. CV090078

    Ex. O - Order Granting Plaintiff's Summary Judgment Case No. CV090078

    Ex. P - Transcript of Hearing for Summary Judgment Case No. CV090078

    Ex. Q - U.S. Bankruptcy Court Docket Case. No. 10-33473-rld13

    Ex. R - Transcript of Proceedings Case No. 10-33473-rld13

    **Ex. S – Oregon Court of Appeals Order Denying Plaintiff's Petition for Reconsideration (Oregon Court of Appeals No. A143034)**

**Ex. T - Oregon Supreme Court Order Denying Plaintiff's Petition for Reconsideration (Oregon Supreme Court No. S059096)**

The above referenced exhibits A-R were previously filed as exhibits to co-defendants' request for judicial notice. *See* docket #18. **Exhibits S and T** are new and were not included within dkt. #18, but are now attached hereto, and are also included with the Declaration of John Thomas.

## BASIS OF REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, the court may take judicial notice of a fact that is not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. The court is required to take judicial notice if requested by a party and supplied with the necessary information. FRE 201(d). Judicial notice may also be taken at any stage in the proceeding. FRE 201(f).

The above-referenced documents are all recorded with the Yamhill County Recorder's Office and/or are part the public record having been filed with the federal and state courts in Oregon, and constitute public documents, they are not subject to reasonable dispute, and are capable of accurate and ready determination. Thus, such documents are appropriate for the Court's consideration under a request for judicial notice. Based on the above mentioned, the court may take judicial notice of Exhibits A through T.

DATED this 15th day of April, 2011.

**ROUTH CRABTREE OLSEN, P.C.**

By   /s/ John M. Thomas
John M. Thomas, OSB #024691
Attorneys for Defendants Wachovia
and Wells Fargo
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, Oregon 97035
Phone: (503) 517-7180
Fax: (425) 457-7369

Page 4 – DEFENDANTS WACHOVIA'S & WELLS FARGO'S REQUEST FOR JUDICIAL
         NOTICE

## CERTIFICATION OF SERVICE

I hereby certify that I served the foregoing Defendants Wachovia Equity Servicing LLC's and Wells Fargo Home Mortgage's Request for Judicial Notice to the parties listed below on this 15th day of April, 2011.

**VIA FIRST CLASS MAIL**
B. Carol Glover
26736 NW Williams Canyon Road
Gaston, OR 97119
    Plaintiff pro se

**VIA ECF**
Teresa M. Shill
Routh Crabtree Olsen, P.C.
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, Oregon 97035
    Attorney for Northwest Trustee Services, Inc.
    and Routh Crabtree Olsen, P.C.

Dated: April 15, 2011.

        **ROUTH CRABTREE OLSEN, P.C.**

        By   /s/ John M. Thomas
        John M. Thomas, OSB #024691
        Attorneys for Defendants Wachovia and
        Wells Fargo
        11830 SW Kerr Parkway, Ste. 385
        Lake Oswego, Oregon 97035
        Phone: (503) 517-7180
        Fax: (425) 457-7369