John M. Thomas, OSB #024691
E-Mail: jthomas@rcolegal.com
Routh Crabtree Olsen, P.C.
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, Oregon 97035
Phone: (503) 517-7180
Fax: (425) 457-7369
    Attorney for Defendants Wachovia and Wells Fargo

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| B. CAROL GLOVER, | | |
| Plaintiff, | | No. 3:11-cv-00210-HU |
| v. | | DECLARATION OF JOHN THOMAS |
| WACHOVIA EQUITY SERVICING LLC; NORTHWEST TRUSTEE SERVICES, INC.; WELLS FARGO HOME MORTGAGE; and ROUTH CRABTEE OLSEN, P.C., | | |
| Defendants. | | |

I, John Thomas, declare as follows:

1.     I am the attorney of record for defendants Wachovia Equity Servicing LLC and Wells Fargo Home Mortgage in this case.

2.     I am providing this declaration in support of Defendants' Motion to Dismiss and Defendants' Request for Judicial Notice.

3.     Attached hereto is a copy of the Oregon Court of Appeals Order Denying Plaintiff's Petition for Reconsideration (Oregon Court of Appeals No. A143034) (exhibit

Page 1 – DECLARATION OF JOHN THOMAS

S), and the Oregon Supreme Court Order Denying Plaintiff's Petition for Reconsideration (Oregon Supreme Court No. S059096) (exhibit T), both following the Yamhill County's judgment of restitution requiring Plaintiff to vacate the subject property following defendants' foreclosure.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 15th day of April, 2011.

/s/ John M. Thomas
John M. Thomas

## CERTIFICATION OF SERVICE

I hereby certify that I served the foregoing Declaration of John Thomas to the parties listed below on this 15th day of April, 2011.

**VIA FIRST CLASS MAIL**
B. Carol Glover
26736 NW Williams Canyon Road
Gaston, OR 97119
    Plaintiff pro se

**VIA ECF**
Teresa M. Shill
Routh Crabtree Olsen, P.C.
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, Oregon 97035
    Attorney for Northwest Trustee Services, Inc.
    and Routh Crabtree Olsen, P.C.

Dated: April 15, 2011.

                                        **ROUTH CRABTREE OLSEN, P.C.**

By   /s/ John M. Thomas
      John M. Thomas, OSB #024691
      Attorneys for Defendants Wachovia and
      Wells Fargo
      11830 SW Kerr Parkway, Ste. 385
      Lake Oswego, Oregon 97035
      Phone: (503) 517-7180
      Fax: (425) 457-7369