John Thomas, OSB # 024691
E-Mail: jthomas@rcolegal.com
Routh Crabtree Olsen, P.C.
621 SW Alder, Suite 800
Portland, OR 97205-3623
Phone: 503-517-7180
Fax: jthomas@rcolegal.com
Attorney for Defendants Wachovia and Wells Fargo

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| B. CAROL GLOVER, | Case No. 3:11-cv-00210-HU |
| Plaintiff, | **NOTICE OF CHANGE OF COUNSEL ADDRESS** |
| v. | |
| WACHOVIA EQUITY SERVICING LLC; NORTHWEST TRUSTEE SERVICES, INC.; WELLS FARGO HOME MORTGAGE; and ROUTH CRABTEE OLSEN, P.C., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that effective Thursday, May 26, 2011, the new address for John Thomas, counsel for Defendants Wachovia and Wells Fargo, will be as follows:

John Thomas
Routh Crabtree Olsen P.C
621 SW Alder, Suite 800
Portland, OR 97205-3623

There will be no change to counsel's telephone number, fax number, or email address.

NOTICE OF CHANGE OF ADDRESS -- 1

DATED: May 23, 2011.

                                    Respectfully submitted,

                                    **ROUTH CRABTREE OLSEN, P.C.**

                                    By:  /s/ John Thomas
                                            John Thomas, OSB # 024691
                                            Attorneys for Defendants Wachovia and Wells Fargo
                                            621 SW Alder, Suite 800
                                            Portland, OR 97205-3623
                                            Phone: 503-517-7180
                                            Fax: 503-977-7963
                                            jthomas@rcolegal.com

NOTICE OF CHANGE OF ADDRESS -- 2

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Oregon that I served a Notice of Change of Counsel Address on the parties listed below on this 23rd day of May, 2011.

**VIA FIRST CLASS MAIL**
B. Carol Glover
26736 NW Williams Canyon Road
Gaston, OR 97119
    Plaintiff pro se

**VIA ECF**
Teresa M. Shill
Routh Crabtree Olsen, P.C.
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, Oregon 97035
    Attorney for Northwest Trustee Services, Inc.
    and Routh Crabtree Olsen, P.C.

DATED: May 23, 2011.

**ROUTH CRABTREE OLSEN, P.C.**

By: /s/ Mary Cannon
Mary Cannon, Paralegal
Attorneys for Defendants Wachovia and Wells Fargo
621 SW Alder, Suite 800
Portland, OR 97205-3623
Phone: (503) 546-2997
mcannon@rcolegal.com

NOTICE OF CHANGE OF ADDRESS -- 3