John M. Thomas, OSB #024691
E-Mail: jthomas@rcolegal.com
Routh Crabtree Olsen, P.C.
621 SW Alder St., Ste. 800
Portland, OR 97205
Phone: (503) 517-7180
Fax: (425) 457-7369
    Attorney for Defendants Wachovia and Wells Fargo

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| B. CAROL GLOVER, | |
| Plaintiff, | No. 3:11-cv-00210-HU |
| v. | |
| WACHOVIA EQUITY SERVICING LLC; NORTHWEST TRUSTEE SERVICES, INC.; WELLS FARGO HOME MORTGAGE; and ROUTH CRABTEE OLSEN, P.C., | DEFENDANTS WACHOVIA EQUITY SERVICING LLC'S and WELLS FARGO HOME MORTGAGE'S RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY GENERAL INTERVENTION |
| Defendants. | |

Defendants Wachovia Equity Servicing LLC ("Wachovia") and Wells Fargo Home Mortgage ("Wells Fargo") respond to Plaintiff's Motion for Attorney General Intervention (*hereinafter* "Plaintiff's Motion") as follows:

<u>RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY GENERAL INTERVENTION</u>

**I.     ARGUMENT**

28 U.S.C. §2403(b) provides a right of intervention by the attorney general of the State in a matter before Federal Court in which the constitutionality of a state statute is at

Page 1 – DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR A.G.
          INTERVENTION

issue. (28 U.S.C. §2403(b). Plaintiff seeks to invoke this provision by Motion to this Court to request the Attorney General's intervention. Plaintiff's Motion should be denied for three reasons: (1) this motion is not timely, as Magistrate Judge's findings do not challenge or address the constitutionality of Oregon statutes; (2) Plaintiff's claims are personal and not affecting the public interest; and (3) Plaintiff's case is encumbered by a lengthy procedural history and is ill-suited to address the constitutionality of Oregon mortgage trustee statutes.

Plaintiff's motion to this Court for intervention of the Oregon Attorney General should not be granted at this time. A federal Magistrate Judge has issued Findings and Recommendations to dismiss Plaintiff's suit, to which Plaintiff has objected. (*See* Findings and Recommendations on Pretrial Motions of Magistrate Judge Dennis James Hubel (*hereinafter* Findings and Recommendations). If accepted by this Court, those findings and recommendations would render this Motion moot and no issue of the constitutionality of Oregon statutes would arise. The Plaintiff does reference due process rights in her Objection (*See* Plaintiff's Objections to "Findings and Recommendations on Pretrial Motions" (*hereinafter* Plaintiff's Objections), p.2) but neither the Plaintiff's Complaint nor the Objections formulate a challenge to any Oregon statute. (*See* Complaint for Declaratory Judgment and Injunctive Relief (*hereinafter* Complaint); *see also* Plaintiff's Objections). Additionally, Plaintiff does not specify a state actor who has acted to deny Plaintiff her 14th Amendment due process rights. It is unnecessary to petition the Attorney General of Oregon until and unless a constitutional challenge arises.

Plaintiff, acting *pro se*, invokes the Attorney General's appearance on her own behalf and on behalf of "all others similarly situated." (Plaintiff's Motion, p.1). Section

Page 2 – DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR A.G.
    INTERVENTION

2403(b) provides a right of the State attorney general to intervene, and requires that the Curt certify issues of constitutionality to the attorney general.  28 U.S.C. §2403(b).  Because the attorney general's intervention is for the purpose of determining constitutionality, the intervention is limited to those "statutes of that State affecting the public interest . . . ."  *Id.*  Plaintiff's interest appears personal and Plaintiff's Motion does not indicate how any as applied challenge to Oregon statute (assuming that such challenge is found within Plaintiff's Complaint) affects the public interest.  Plaintiff's Complaint repeatedly refers to her personal rights and interests as the substance of what she is seeking from this Court.  For example, she sought "my rights and status . . ." to be declared and "a judgment . . . quieting the title to my property[,]" along with injunction to "bar Defendants from proceeding against my home . . . ."  (*See* Complaint, p.2–3).  Plaintiff's complaint describes a purely private matter between contractual parties and the Motion should be denied in the absence of a clear public interest.

Finally, this Plaintiff is poorly situated to be representative of "all others similarly situated."  As identified in the Magistrate Judge's findings, Plaintiff has repeatedly initiated bankruptcy and has litigated matters relating to her home loan on several previous occasions.  This procedural history is challenging to navigate and pockmarked by *res judicata*.  The Oregon Attorney General would be better served, were he to intervene in a case addressing the constitutionality of Oregon statutes on mortgage trustees, to select another such case currently before this Court.

## II.   CONCLUSION

This Court should deny Plaintiff's Motion for Attorney General Intervention at this time.  Should issues develop addressing the constitutionality of Oregon Statutes

Page 3 – DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR A.G.
        INTERVENTION

affecting the Public Interest, this Court retains the ability to certify such issues to the Oregon Attorney General.

DATED this 19th day of August, 2011.

**ROUTH CRABTREE OLSEN, P.C.**

By /s/ John M. Thomas
John M. Thomas, OSB #024691
Attorneys for Defendants Wachovia
and Wells Fargo
621 SW Alder St., Ste. 800
Portland, OR 97205-3623
Phone: (503) 517-7180
Fax: (425) 457-7369

**CERTIFICATION OF SERVICE**

I hereby certify that I served the foregoing Defendants Wachovia Equity Servicing LLC's and Wells Fargo Home Mortgage's Response to Plaintiff's Motion for Attorney General Intervention to the parties listed below on this 19th Day of August, 2011.

**VIA FIRST CLASS MAIL**
B. Carol Glover
26736 NW Williams Canyon Road
Gaston, OR 97119
    Plaintiff pro se

**VIA ECF**
Teresa M. Shill
Routh Crabtree Olsen, P.C.
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, Oregon 97035
    Attorney for Northwest Trustee Services, Inc.
    and Routh Crabtree Olsen, P.C.

Dated: August 19, 2011.

                                                  **ROUTH CRABTREE OLSEN, P.C.**

                                                  By   /s/ John M. Thomas
                                                        John M. Thomas, OSB #024691
                                                        Attorneys for Defendants Wachovia and
                                                        Wells Fargo
                                                        621 SW Alder St., Ste. 800
                                                        Portland, OR  97205-3623
                                                        Phone: (503) 517-7180
                                                        Fax: (425) 457-7369