IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

B. CAROL GLOVER,

           Plaintiff,                         No. CV-11-210-HU

    v.

WACHOVIA EQUITY SERVICING, LLC,
NORTHWEST TRUSTEE SERVICES, INC.,      JUDGMENT
WELLS FARGO HOME MORTGAGE,
and ROUTH CRABTREE OLSEN, P.C.,

           Defendants..

HERNANDEZ, District Judge:

    Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed, with prejudice.

                        DATED this 26th day of August, 2011.


                              /s/ Marco A. Hernandez
                              MARCO A. HERNANDEZ
                              United States District Judge

1 - JUDGMENT